IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY
CASE NO. 7:22-cv-00224-M-RJ

| | |
|---|---|
| ZIMMERMAN MARINE, INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>S/V PAQUITO (O.N. 1127766), her boats, dinghies, tackle, apparel, furniture, engines, and appurtenances, etc., *in rem*,<br><br>Defendant. | ORDER ON<br>MOTION FOR ENTRY OF DEFAULT |

Now comes the Court, on Plaintiff's motion for entry of default against Defendant, and the grounds therefor having been satisfied as set forth in Plaintiff's motion and memorandum in support thereof, default is hereby entered against Defendant vessel S/V PAQUITO, her boats, dinghies, tackle, apparel, furniture, engines, and appurtenances, etc., in rem.

Dated: April 13, 2023

_____
Peter A. Moore, Jr.
Clerk of Court